IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MACKEY, | No. C 07-4189 SI |
|     Petitioner, | **ORDER GRANTING RESPONDENTS' APPLICATION FOR EXTENSION OF TIME** |
| v. | |
| THOMAS G. HOFFMAN, et al., | |
|     Respondents. | |

The Court has reviewed respondents' application for an extension of time and the supporting declaration of Christopher Wei. The Court finds that there is good cause for the requested extension, and accordingly GRANTS the request. (Docket No. 7). Respondents' answer must be filed and served on petitioner no later than **January 17, 2008**. If petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on respondents on or before **February 18, 2008**.

**IT IS SO ORDERED.**

Dated: November 9, 2007

SUSAN ILLSTON
United States District Judge