IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW MACKEY,** <br><br> Petitioner, <br><br> v. <br><br> **THOMAS G. HOFFMAN, Warden, et al.,** <br><br> Respondent. | C 07-4189 SI <br><br> **[PROPOSED] ORDER** |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer to be extended thirty (30) days to and including February 16, 2008.

Dated: _____    _____
                                  The Honorable Susan Illston