IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MACKEY, | No. C 07-4189 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| THOMAS G. HOFFMAN, Warden, *et al.*, | |
| Respondents. | |

The petition for writ of habeas corpus is denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 13, 2009

SUSAN ILLSTON
United States District Judge