**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6        FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   ANDREW MACKEY,                          No. C 07-4189 SI
9           Petitioner,                      **ORDER DIRECTING PETITIONER'S
                                             COUNSEL TO FILE A RESPONSE TO**
10      v.                                   **PETITIONER'S MARCH 21, 2010 AND
                                             MARCH 31, 2010 LETTERS**
11  THOMAS G. HOFFMAN, *et al.*,
12          Respondents.
                                    /
13
14          The Court has received the attached letters from petitioner.   (Docket Nos. 14 and 15).  The
15  Court directs petitioner's counsel to file a response to these letters no later than **April 30, 2010**.
16
17          **IT IS SO ORDERED.**
18
19  Dated: April 15, 2010
                                             SUSAN ILLSTON
20                                           United States District Judge
21
22
23
24
25
26
27
28