United States District Court
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   ANDREW MACKEY,                           No. C 07-4189 SI
9            Petitioner,                      **ORDER ISSUING CERTIFICATE OF**
                                              **APPEALABILITY**
10     v.
11  THOMAS HOFFMAN,
12            Respondent.
                                    /
13
14         Petitioner has filed a notice of appeal from this Court's December 3, 2010 order.  Pursuant to
15  Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253, the Court issues a certificate of
16  appealability.
17
18         **IT IS SO ORDERED.**
19
20  Dated:   January 13, 2011                   _____
21                                              SUSAN ILLSTON
                                                United States District Judge
22
23
24
25
26
27
28