1

2

3                 IN THE UNITED STATES DISTRICT COURT

4              FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   ANDREW MACKEY,                          No. C 07-4189 SI

7              Petitioner,                  **ORDER VACATING JULY 13, 2009**
                                            **JUDGMENT PURSUANT TO FED. R.**
8       v.                                  **CIV. P. 60(b)(6)**

9
    THOMAS G. HOFFMAN and DAVID
10  RUNNELS,

11              Respondents.
    _____/
12

13          This case returns to this Court on remand from the Ninth Circuit.  For the reasons set forth in

14  this order, the Court grants petitioner relief pursuant to Federal Rule of Civil Procedure 60(b)(6) and

15  VACATES the July 13, 2009 judgment. The Court will enter a new judgment in this case to provide

16  petitioner an opportunity to appeal.

17

18                                **DISCUSSION**

19          On August 15, 2007, petitioner Andrew Mackey filed a petition for a writ of habeas corpus

20  pursuant to 28 U.S.C. § 2254.  Petitioner was represented by his attorney, LeRue Grim. On July 13,

21  2009, this Court denied the petition on the merits and entered judgment. Mr. Grim received prompt

22  notification of the entry of judgment, but he did not inform petitioner of the entry of judgment nor did

23  he file a notice of appeal.  Petitioner wrote the Court in March 2010 inquiring about the status of his

24  case, and it was evident from petitioner's letter that he was unaware that the petition had been denied

25  and that judgment had been entered.  Docket Nos. 14 & 15. The Court directed Mr. Grim to respond

26  to petitioner's filings, and held a status conference in which the Court stated its intention to reenter the

27  judgment to allow petitioner the opportunity to file a notice of appeal. Docket Nos. 16-17, 20-23. On

28  December 3, 2010, the Court issued an order stating that upon further research, the Court determined

that it lacked the discretion to vacate the July 13, 2009 judgment.  *See* Docket No. 26 (citing *In re Stein*, 197 F.3d 421 (9th Cir. 1999)).

On December 29, 2010, petitioner (now represented by new counsel) filed a notice of appeal of the December 3, 2010 order.  In a published opinion, the Ninth Circuit reversed and remanded.  *Mackey v. Hoffman*, 682 F.3d 1247 (9th Cir. 2012).  The Ninth Circuit held that "when a federal habeas petitioner has been inexcusably and grossly neglected by his counsel in a manner amounting to attorney abandonment in every meaningful sense that has jeopardized the petitioner's appellate rights, a district court may grant relief pursuant to Rule 60(b)(6)."  *Id.* at 1253 (citing *Maples v. Thomas*, 565 U.S. ___, 132 S. Ct. 912 (2012)).  The Ninth Circuit remanded with instructions for this Court "to make a finding as to whether Grim's action and/or inaction constituted abandonment and, if so, whether to exercise its discretion to grant the relief sought by Mackey."  *Id.* at 1254.

Consistent with the Ninth Circuit's instructions, the Court has reviewed the record in this case and finds that petitioner was abandoned by his counsel and that petitioner is entitled to relief pursuant to Rule 60(b)(6).  Mr. Grim did not keep petitioner apprised of the status of this case, and most importantly, he failed to inform petitioner that the petition had been denied and that judgment had been entered. Petitioner did not learn of the denial until the time for appeal had lapsed, and this abandonment by his counsel was an "extraordinary circumstance beyond his control."  *Maples*, 132 S. Ct. at 924 (holding that an inmate's abandonment by his attorneys constituted an "extraordinary circumstance beyond his control" that justified lifting the state procedural bar to his federal petition).  As in *Maples*, Mr. Grim failed to observe this Court's rule requiring him to seek permission to withdraw as attorney of record, *see* N.D. Cal. Civ. R. 11-5, thereby depriving petitioner of the opportunity to proceed *pro se* and to receive notifications from the Court.

Accordingly, for good cause shown, the Court grants relief pursuant to Rule 60(b)(6) and VACATES the July 13, 2009 judgment. The Court will enter a new judgment to allow petitioner the opportunity to file a notice of appeal.

The Clerk shall serve a copy of this order on all counsel and petitioner.  According to the document filed by petitioner's counsel who represented him on appeal (Docket No. 27), petitioner's address is:

United States District Court
For the Northern District of California

Andrew Mackey
#V-59362
11-145-CSP Solano
P.O. Box 4000
Vacaville, CA 95696

**IT IS SO ORDERED.**

Dated: October 4, 2012

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

3