United States District Court
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10   ANDREW MACKEY,                          No. C 07-4189 SI

11                Petitioner,                **JUDGMENT**
          v.
12
13   THOMAS G. HOFFMAN and DAVID
     RUNNELS,
14
                 Respondents.
15   _____/

16          On July 13, 2009, the Court denied the petition for writ of habeas corpus. The Court has granted

17   petitioner relief pursuant to Federal Rule of Civil Procedure 60(b)(6), and vacated the July 13, 2009

18   judgment. The Court hereby enters a new judgment against petitioner and in favor of respondents.

19          The Clerk shall serve a copy of this judgment on all counsel and petitioner.  According to the

20   document filed by petitioner's counsel who represented him on appeal (Docket No. 27), petitioner's

21   address is:

22          Andrew Mackey
            #V-59362
23          11-145-CSP Solano
            P.O. Box 4000
24          Vacaville, CA 95696

25          **IT IS SO ORDERED AND ADJUDGED.**

26
27   Dated: October 4, 2012          _____
                                     SUSAN ILLSTON
28                                   United States District Judge