IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW MACKEY,

    Petitioner,

v.

THOMAS HOFFMAN and DAVID RUNNELS,

    Respondents.

No. C 07-4189 SI

**ORDER DENYING CERTIFICATE OF APPEALABILITY AND GRANTING LEAVE TO PROCEED** *IN FORMA PAUPERIS*

Petitioner has filed a notice of appeal and a motion for certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). (Docket Nos. 37, 40). Petitioner argues that his trial counsel was ineffective in trial preparation or strategic choices, and that this Court erred in denying his petition for writ of habeas corpus. This Court found that trial counsel's performance was within the objective standard of reasonableness, and that in any event petitioner did not show prejudice. Accordingly, this Court found that the state court's rejection of petitioner's claim for ineffective assistance of counsel was not contrary to or an unreasonable application of clearly established federal law as set out by the U.S. Supreme Court in *Strickland v. Washington*, 466 U.S. 668 (1984).

Because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling," the request for a certificate of appealability is DENIED. *Slack v. McDaniel*, 529 U.S. 473 (2000). The Clerk shall forward this order to the court of appeals. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

Petitioner has filed a motion to proceed *in forma pauperis* on appeal. The Ninth Circuit has held that "if at least one issue or claim is found to be non-frivolous, leave to proceed in forma pauperis must be granted for the case as a whole." *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). The Court finds that at least one claim is non-frivolous. Therefore, plaintiff's motion to proceed *in forma pauperis* is GRANTED.

**IT IS SO ORDERED.**

Dated: November 13, 2012

SUSAN ILLSTON
United States District Judge